FILED
7/10/18 9:01 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Lynelle E Phillips<br>　　　　　Debtor(s) | BK. NO. 18-20398 GLT |
| Specialized Loan Servicing LLC, as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-25<br>　　　　　Movant<br>　　v.<br>Lynelle E Phillips<br>　　　　　Respondent(s)<br>　　and<br>Rosemary C. Crawford, Trustee<br>　　　　　Additional Respondent | CHAPTER 7<br><br>Related to Dkt. No. 19<br>Hearing: July 12, 2018 at 10:00 a.m. |

**MODIFIED DEFAULT ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

This 10th day of July, 2018, upon default, no response objecting to the Motion having been timely filed by an interested party, and upon Movant's Certification of Service and Certification of No Objection, it is

**ORDERED** that the above-captioned Motion is granted insofar as it requests relief from the Automatic Stay imposed by 11 U.S.C. Section 362, with respect to premises, 921 Cedarwood Dr, Pittsburgh, PA 15235-2606.

Movant shall, within three (3) days hereof, serve a copy of the within Order on parties in interest and file a certificate of Service.

Prepared by: James C. Warmbrodt, Esq.

**DEFAULT ENTRY**

Dated: July 10, 2018

_Gregory L. Taddonio_　cgt
United States Bankruptcy Judge

Case Administrator to serve:
James C. Warmbrodt, Esquire

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Lynelle E Phillips  
      Debtor

Case No. 18-20398-GLT  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: ddoy     Page 1 of 1     Date Rcvd: Jul 11, 2018  
                   Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2018.  
db          +Lynelle E Phillips,   921 Cedarwood Dr,   Pittsburgh, PA 15235-2606

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2018                                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2018 at the address(es) listed below:  
        James  Warmbrodt   on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-25 bkgroup@kmllawgroup.com  
        Lawrence W. Willis    on behalf of Debtor Lynelle E Phillips ecf@westernpabankruptcy.com, urfreshstrt@gmail.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Rosemary C. Crawford    crawfordmcdonald@aol.com,  PA68@ecfcbis.com  
                                                                                                             TOTAL: 4